[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15183
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 6, 2010
JOHN LEY
CLERK

D.C. Docket No. 08-00207-CR-J-25MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM CLAYTON SAPP,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 6, 2010)

Before BARKETT, HULL and HILL, Circuit Judges

PER CURIAM:

Gerald S. Bettman, appointed counsel for William Clayton Sapp in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sapp's conviction and sentence are **AFFIRMED**.